**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DAVID YARDE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | **22-11395-FDS** |
| **DAVID KEELER and** ) | |
| **NESTOR CRUZ,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MEMORANDUM AND ORDER**

**SAYLOR, C.J.**

Plaintiff David Yarde, who is confined at the Souza-Baranowski Correctional Center ("SBCC"), has brought this action under 42 U.S.C. § 1983 against two SBCC correctional officers, defendants David Keeler and Nestor Cruz.  The complaint alleges that the officers failed to protect him from a known enemy incarcerated at the same institution, and that the failure to do so violated his constitutional rights.

Plaintiff filed a motion, styled as a motion for summary judgment, that was in effect a request for a default judgment based on defendants' failure to respond to the complaint within 21 days of service of process.  The Court will treat the motion as a request for entry of default under Rule 55(a).  *See* Fed. R. Civ. P. 55(a).

According to the docket, service has been effected on both defendants Keeler and Cruz. Counsel for Cruz entered a notice of appearance on June 28, 2023, and requested (and was granted) an extension of time until August 31, 2023, to answer or otherwise respond to the

complaint.  No appearance has been entered for defendant Keeler, despite service having (apparently) been effected on him in February 2023.

Accordingly, the Court hereby orders as follows:

1.  Plaintiff's Motion for Summary Judgment (Docket No. 11) will be treated as a motion for entry of default under Fed. R. Civ. P. 55(a) for failure to plead or otherwise defend this action.  That motion will be GRANTED as to defendant David Keeler, and DENIED as to defendant Nelson Cruz.

2.  The clerk is directed to enter a default as to defendant Keeler.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated:   July 13, 2023

2